915 F.2d 1557
 Unpublished Disposition
NOTICE: First Circuit Local Rule 36.2(b)6 states unpublished opinions may be cited only in related cases.
UNITED STATES, Appellee,
v.
Anastacio SOTO-NIEVES, Defendant, Appellant.
 No. 90-1121.
 United States Court of Appeals, First Circuit.
 Sept. 12, 1990.
 
 Appeal from the United States District Court for the District of Puerto Rico; Gilberto Gierbolini, District Judge.
 Anastacio Soto-Nieves, on brief pro se.
 Daniel F. Lopez-Romo, United States Attorney and Jorge E. Vega-Pacheco, Assistant United States Attorney, on brief for appellee.
 D.P.R.
 AFFIRMED.
 Before BREYER, Chief Judge, and SELYA and CYR, Circuit Judges.
 PER CURIAM.
 
 
 1
 After carefully reviewing the briefs and record in this case, we affirm the judgment of the district court for essentially the reasons stated in its opinion of December 8, 1989.